**GOLDBERG AND WEINBERGER LLP**
**Attorneys at Law**

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

Lewis Goldberg (N.Y., CT. & N.J.)            _____            OTHER OFFICE:
Stuart Weinberger (N.Y. & N.J.)                                      REDDING, CT.

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

April 3, 2018

*Via ECF & Email*
Hon. Judge Cathy Siebel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY, 10601
chambersnysdseibel@nysd.uscourts.gov

   Re:   *Lobban v. Cromwell Towers, Limited Partnership, et al (18-CV-247) (CS)*

Dear Judge Seibel:

     This firm represents Defendants, except Mr. John Carrollo, in the above referenced matter. Yesterday Defendants made a request for a pre-motion conference seeking Court approval to make a motion to dismiss. The request for the conference was electronically filed and electronically served upon the attorneys designated as Plaintiff's attorneys.

     Today, Defendants received, through service by ECF, a Stipulation And Order To Withdraw As Attorney For Plaintiff ("Stipulation") signed by Plaintiff and his attorneys and "So ordered" by the Court. At the time that Defendants requested the conference, Defendants had no knowledge that Plaintiffs' attorneys were seeking to withdraw as counsel. There was nothing on the court docket regarding the attorney's request to withdraw.

     To avoid any potential claims by the Plaintiff of not being informed, I have served by regular first-class mail a copy of the pre-motion letter and this letter upon Plaintiff at the address that appears on the Stipulation. I will also file an affidavit of service that I served the pre-motion letter upon Plaintiff.

     As indicated in the pre-motion letter, Defendants request that the Court schedule a

Honorable Judge Cathy Siebel
April 3, 2018
Page 2

conference and grant Defendants permission to file the motion to dismiss.

Respectfully submitted,
/s/ Stuart Weinberger
Stuart Weinberger

cc: Mr. Anthony Lobban

SW:MetroRealty.L4318