UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ANTHONY LOBBAN,

          Plaintiff,

          v.                                Case No.: 18-CV-00247 (CS)(PED)

CROMWELL TOWERS APARTMENTS, LIMITED
PARTNERSHIP, METROPOLITAN REALTY
GROUP, LLC, GPJ CROMWELL LLC, and
JOHN CARROLLO, individually,

          Defendants.

_____

COUNSELORS:

PLEASE TAKE NOTICE, that upon the declaration of Stuart Weinberger, attorney of record for the Defendant, dated  June 18, 2018,  together with all the exhibits annexed hereto, the accompanying brief, and upon all of the pleadings and proceedings heretofore had herein, the undersigned will move this Court at the United States Courthouse located at 300 Quarropas St, White Plains, NY 10601 before the Honorable Cathy Seibel, United States District Judge, on August 2, 2018 or as soon as counsel can be heard, for an order: (i) dismissing the complaint pursuant to Fed.R.Civ.P. 12(b)(1)  and 12(b)(6) on the basis that a collective bargaining agreement required that the Plaintiff arbitrate his claim and that he lost in arbitration on these claims, (ii) in the alternative compelling the Plaintiff to arbitrate in accordance with the collective bargaining agreement any claims that were not covered in the arbitration award under Fed.R.Civ.P. 12(h)(3) and/or 9 U.S.C. § 1, et.seq., and, (iii) granting Defendants such other and further relief that to the Court seems just and proper.

Dated: New York, New York
       June 18, 2018

                                   /s/ Stuart Weinberger

Stuart A. Weinberger
Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 867-9595 x 313

To: Locksley O. Wade, Esq.
    Locksley O. Wade, LLC
    111 Broadway, Suite 615
    New York, NY 100014
    (212) 933-9180