UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY LOBBAN,

                                    Plaintiff,

                    -against-

CROMWELL TOWERS APARTMENTS,
LIMITED PARTNERSHIP; METROPOLITAN
REALTY GROUP, LLC; GPD CROMWELL
LLC; AND JOHN CARROLLO, individually,
                                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED.  10/29/18

18 **CIVIL** 247 (CS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated October 29, 2018, Defendants' motion to dismiss is

granted as to Plaintiffs ninth and tenth claims. It is also granted as to Plaintiff's first, second,

third, fourth, fifth, sixth, and seventh claims to the extent those claims are based on Plaintiff's

termination. It is denied as to those claims to the extent they are based on acts other than

Plaintiff's termination, but Defendant's motion to compel arbitration is granted as to these claims.

The eighth claim is dismissed as withdrawn; accordingly, the case is closed.

**Dated:**  New York, New York
        October 29, 2018

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                    **Clerk of Court**
                                    **BY:**
                                                    _____
                                                    **Deputy Clerk**